ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO. 1:05CR240 |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| v. | ) | |
| | ) | ORDER |
| MICHAEL L. HEGYI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A summons was issued in this matter for April 23, 2025 at 12:00 p.m. Due to information provided by the Probation Office, the initial appearance is cancelled until further order of the court.

**IT IS SO ORDERED.**

Date: April 14, 2025      /s/ *John R. Adams*
                                            **JOHN R. ADAMS**
                                            **UNITED STATES DISTRICT JUDGE**